JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD STEVE BALES and EDWARD NEWMAN JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FREEDOM FOREVER, LLC,<br><br>Defendant. | Case No. 5:23-cv-1899-JGB-SHK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion to Dismiss Plaintiffs' First Amended Complaint, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss is **GRANTED**.
2. Plaintiffs' two causes of action are **DISMISSED WITHOUT LEAVE TO AMEND.**
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: December 4, 2023

_____
Honorable Jesus G. Bernal
United States District Judge