Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD NEWMAN JR.,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**FREEDOM FOREVER, LLC,** a Delaware limited liability company,<br><br>*Defendant.* | No. 5:23-cv-01899-MRA-SHK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>JUDGE: Mónica Ramírez Almadani |

Plaintiff Edward Newman Jr. and Defendant Freedom Forever, LLC hereby notify the Court that the parties have reached a resolution to settle this matter in principle. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

| | |
|---|---|
| DATED August 8, 2024 | Respectfully submitted,<br><br>By: /s/ *Rachel E. Kaufman*<br>Rachel Elizabeth Kaufman<br>Kaufman P.A.<br>237 S Dixie Hwy, 4th Floor<br>Coral Gables, FL 33133<br>(305) 469-5881<br>Email: Rachel@kaufmanpa.com<br><br>*Attorney for Plaintiffs and the putative Classes*<br><br>/s/ *Barry Goheen*<br>Barry Goheen<br>PIERSON FERDINAND<br>100 Mount Paran Ridge<br>Atlanta, GA 30327<br>Barry.goheen@pierferd.com<br>404-703-3093<br><br>Larry R. Schmadeka (SBN 160400)<br>PIERSON FERDINAND LLP<br>260 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660<br>larry.schmadeka@pierferd.com<br>Tel: (949) 694-5388<br><br>*Attorneys for Defendant* |

-2-

Notice of Settlement
No. 5:23-cv-01899-MRA-SHK